Published Opinions - Superior Court of the Virgin Islands

 
 
 

 

 

 

 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 
 Skip to Content
Superior Court of the Virgin Islands
A+
A-
 

 
 

 
 
 
 

 
 
 
 
 
 {1}
 

 
 
 
 ##LOC[OK]##
 
 
 
 
   

 

 

 

 

 
Judicial Homepage
Supreme Court
About Us
History
Judicial Officers
Judges
Magistrate Judges
Honor Roll of Judges
Hours and Locations
Contact Info
Office of the Clerk
Civil Division
Landlord Tenant
Civil Division FAQs
Contact Civil Division-STT/STJ
Contact Civil Division-STX
Complex Litigation Division
Superior Court Appellate Division
Probate Division
Probate FAQs
Contact Probate Division-STT/STJ
Contact Probate Division-STX
Small Claims Division
Preparing to File Suit in Small Claims Court
Filing Suit in Small Claims Court
Filing of Answers / Counterclaims
Continuance or Settlements Prior to a Court Date
The Trial Process
Appealing a Small Claims Case
FAQs
Small Claims Forms
Contact Small Claims Division-STT/STJ
Contact Small Claims Division-STX
Criminal Division
When an Arrest is Made
Criminal Court Proceedings
Appeal Information
Important Terms
Contact Criminal Division-STT/STJ
Contact Criminal Division-STX
Litter and Litter Enforcement
Payment Information
Conservation
Court Appearance
Family Division
Marriage
Domestic Violence
Important Terms
FAQs
Contact Family Division-STT/STJ
Contact Family Division-STX
Traffic Division
Appealing a Traffic Case
Traffic Division FAQs
Contact Traffic Division-STT/STJ
Contact Traffic Division-STX
Pay Your Citation
Administration
Administrator of Courts
Human Capital Management
Fiscal Management
Court Services
Procurement
Annual Reports
ADA
Office of the Virgin Islands Marshal
Technology Services
Career Opportunities
Rules
Opinions
Forms
Court Calendars
Court Calendars
Public Postings

Judicial Homepage
Supreme Court
About Us
History
Judicial Officers
Judges
Magistrate Judges
Honor Roll of Judges
Hours and Locations
Contact Info
Office of the Clerk
Civil Division
Landlord Tenant
Civil Division FAQs
Contact Civil Division-STT/STJ
Contact Civil Division-STX
Complex Litigation Division
Superior Court Appellate Division
Probate Division
Probate FAQs
Contact Probate Division-STT/STJ
Contact Probate Division-STX
Small Claims Division
Preparing to File Suit in Small Claims Court
Filing Suit in Small Claims Court
Filing of Answers / Counterclaims
Continuance or Settlements Prior to a Court Date
The Trial Process
Appealing a Small Claims Case
FAQs
Small Claims Forms
Contact Small Claims Division-STT/STJ
Contact Small Claims Division-STX
Criminal Division
When an Arrest is Made
Criminal Court Proceedings
Appeal Information
Important Terms
Contact Criminal Division-STT/STJ
Contact Criminal Division-STX
Litter and Litter Enforcement
Payment Information
Conservation
Court Appearance
Family Division
Marriage
Domestic Violence
Important Terms
FAQs
Contact Family Division-STT/STJ
Contact Family Division-STX
Traffic Division
Appealing a Traffic Case
Traffic Division FAQs
Contact Traffic Division-STT/STJ
Contact Traffic Division-STX
Pay Your Citation
Administration
Administrator of Courts
Human Capital Management
Fiscal Management
Court Services
Procurement
Annual Reports
ADA
Office of the Virgin Islands Marshal
Technology Services
Career Opportunities
Rules
Opinions
Forms
Court Calendars
Court Calendars
Public Postings
MENU
Superior Court of the Virgin Islands » Court Opinions » Published Opinions
A+
A-
Published Opinions
Sub Menu
 Skip Sidebar Navigation
 
 Published Opinions
2023 Published Opinions
2022 Published Opinions
2021 Published Opinions
2020 Published Opinions
2019 Published Opinions
2018 Published Opinions
2017 Published Opinions
2016 Published Opinions
2015 Published Opinions
2014 Published Opinions
2013 Published Opinions
2012 Published Opinions
2011 Published Opinions
2010 Published Opinions
2009 Published Opinions
2008 Published Opinions
2007 Published Opinions
2006 Published Opinions
Rhonda Jeremiah vs. VI Depart. Human Services
Kenrick Maynard vs. Government of the VI
Jody Olson vs. VIWAPA and GVI
 Last item for navigation
 

 

 
 RSS Feed
Start Date: End Date: Judge: Clear Filter
Case Caption
Date
Case Number
Judge
Citation
Summary
People of the Virgin Islands vs. Ta'Jhanique Cumberbatach, Sharif Matthew, and Sharif Matthew
2023/01/03
SX-2021-CR-73, SX-2021-CR-75 and SX-2021-CR-214
Willocks, Harold W. L.
2023 VI Super 1P
View Summary
Governor Albert Bryan, Jr. in his official capacity, and the Government of the Virgin Islands vs. Virgin Islands Water and Power Authority
2023/03/08
ST-21-CV-361
Gumbs-Carty, Renee
2023 VI Super 5P
View Summary
People of the Virgin Islands vs. Nahjeeb Acevedo
2023/04/05
SX-21-CR-201
Willocks, Harold W. L.
2023 VI Super 12P
View Summary
People of the Virgin Islands vs. Danny Delerme
2023/04/24
SX-2020-CR-54
Willocks, Harold W. L.
2023 VI Super 17P
View Summary
Haill Hassan vs. Brian/Bryan Bishop
2023/05/01
SX-2017-CV-302
Willocks, Harold W. L.
2023 VI Super 20P
View Summary
Showayne Sidney Modeste
2023/05/05
SX-2015-CV-21
Willocks, Harold W. L.
2023 VI Super 21P
View Summary
Shanika K. Lewis vs. Conagra Brands, Inc. f/k/a and Successor in Interest to Conagra Foods/ Shanika K. Lewis vs. DS Containers, Inc. and PSMT, LLC d/b/a Pricesmart
2023/06/16
ST-2019-CV-150 & ST-2020-CV-170
Francois, Denise M.
2023 VI Super 30P
View Summary
Firstbank Puerto Rico vs. Edmond Webster a/k/a Edmond R. Webster, Bernice Webster, Cleve E. Webster a/k/a Cleve Webster, Oasis Development, LLC., and Triumph Development, LLC.
2023/06/15
ST-2012-CV-239
Mackay, Kathleen Y. 2023 VI Super 33P
View Summary
Rhonda Jeremiah, As Personal Representative of Tamir Lake, Deceased vs. VI Department of Human Services, Lutheran Social Services of the Virgin Islands, Lutheran Services for Developmentally Disabled, Inc.
2023/06/15
SX-2022-CV-148
Willocks, Harold W. L.
2023 VI Super 34P
View Summary
Wanda Vialet as Personal Representative of the Estate of Pauline Figueroa vs. Virgin Islands Government Hospital and Health Facilities Corporation and Dr. Raymond Cintron, M.D.
2023/08/07
SX-2021-CV-768
Willocks, Harold W. L.
2023 VI Super 45P
View Summary
People of the Virgin Islands vs. Juan Aponte, Jr.
2023/08/18
SX-2022-CR-96
Willocks, Harold W. L.
2023 VI Super 51P
View Summary
Jody Olson, Individually and on Behalf of all Others Similarly Situated vs. VI Water and Power Authority and Lawrence J. Kupper and GVI
2023/10/18
ST-2019-CV-602
Willocks, Harold W. L.
2023 VI Super 61P
View Summary
Go Fast Charters, LLC. vs. Texaco Caribbean, Inc.
2023/10/11
ST-2010-CV-672
Francois, Denise M.
2023 VI Super 58P
View Summary
In Re: Limetree Bay Commercial Litigation Cases
2023/11/02
SX-2022-MC-37
Willocks, Harold W. L.
2023 VI Super 65P
View Summary
In Re: Limetree Bay Commercial Litigation Cases
2023/11/02
SX-2022-MC-37
Willocks, Harold W. L.
2023 VI Super 66P
View Summary
Joycelyn Williams vs. World Fresh Market, LLC d/b/a Pueblo
2023/11/15
ST-2019-CV-488
Thomas-Jacobs, Carol
2023 VI Super 70P
View Summary
In Re: Alumina Refinery Toxic Dust Claims
2023/11/30
SX-2022-MC-27
Andrews Jr., Alphonso G.
2023 VI Super 71P
View Summary
Julian St. Rose; Virginie George; Raymond Alleyne; Edgar Barrios; and Others vs. Virgin Islands Industrial Maintenance Corporation; HOVENSA, LLC; HOVIC; and The Hess Corporation, Formerly Known as Amerada Hess Corp.
2023/11/22
SX-2002-CV-598; SX-2002-CV-641; SX-2009-CV-299; SX-2015-CV-100; and SX-2019-MC-53
Willocks, Harold W. L.
2023 VI Super 74P
View Summary
Erbey Holding Corporation; John R. Erbey Family Limited Partnership vs. Blackrock Financial Management, Inc.
2023/12/04
SX-2018-CV-146
Willocks, Harold W. L.
2023 VI Super 75P
View Summary
Bobax Ventures, LP vs. Innercircle logistics, Inc. and John A. Clendenin
2022/01/25
SX-15-CV-173
Willocks, Harold W. L.
2022 VI Super 7P
View Summary
LC Daniel Enterprises, Inc. d/b/a Global Tours Travel Agency vs. Keith James d/b/a Keith's Travel
2022/01/25
SX-15-CV-237
Willocks, Harold W. L.
2022 VI Super 9P
View Summary
In Re: Refinery Workers Toxic Tort Litigation
2022/01/14
SX-15-CV-198
Andrews, Jr. Alphonso G.
2022 VI Super 4P
View Summary
Island Airlines, LLC, Eagle Aviation, LLC, and Trond Osthaug vs. William Bohlke, Jr., Gohlke International Airways, Inc. William R. Bohlke, Michael Johnson; VI Port Authority, and David W. Mapp, Assistant Executive Director of the VI Port Authority in his Official and Individual Capacity
2022/02/14
SX-16-CV-404
Brady, Douglas A.
2022 VI Super 20P
View Summary
Kirk Rondon vs. Caribbean Leasing & ECO Transportation, Inc., d/b/a Dollar Car Rental, and Justin Workman
2022/01/12
ST-19-CV-302
Tejo, Sigrid M.
2022 VI Super 2P
View Summary
Bluewater Construction, Inc. vs. Gary Hill and Wanda Hill
2022/02/11
ST-20-CV-212
Francois, Denise M.
2022 VI Super 13P
View Summary
People of the Virgin Islands vs. Elroy Joseph
2022/01/27
SX-19-CR-200
Willocks, Harold W. L.
2022 VI Super 12P
View Summary
Glen George Selkridge vs. Ermin Oretha Greene and DavidByron Johnson, Jr.
2022/02/08
SX-20-CV-761
Willocks, Harold W. L.
2022 VI Super 16P
View Summary
Reinaldo M. Bermudez vs. Virgin Islands Port Authority and American Infrastructure Development, Inc.
2022/03/15
SX-17-CV-275
Brady, Douglas A.
2022 VI Super 28P
View Summary
Vernal Ezekiel Herbert vs. National Industrial Services, LLC
2022/03/18
SX-19-CV-629
Willocks, Harold W. L.
2022 VI Super 30P
View Summary
Siwell Inc. d/b/a Capital Mortgage Services of Texas vs. Nilsa Ivalisse Bough and Blanche D. Bough as Trustees of the Nilsa P. Bough Revocable Trust and Eden East Property Owners' Association, Inc.
2022/03/23
SX-20-CV-223
Willocks, Harold W. L.
2022 VI Super 32P
View Summary
Strand Square, LLC vs. Digby Stridiron II
2022/03/14
SX-20-CV-659
Willocks, Harold W. L.
2022 VI Super 26P
View Summary
Kemit Lewis vs. Virgin Islands Government Hospital and Health Facilities Corporation, Dr. Leslie Burton, and Dr. Ramesch Lakhram
2022/03/22
SX-21-CV-893
Willocks, Harold W. L.
2022 VI Super 33P
View Summary
Samuel Ferdinand vs. Abd Hammoudeh, MD
2022/03/18
SX-22-CV-25
Willocks, Harold W. L.
2022 VI Super 31P
View Summary
St. Croix Financial Center, Inc. vs. Jackstar, Inc. and Jeff Lacroix
2022/03/28
SX-18-CV-283
Willocks, Harold W. L.
2022 VI Super 40P
View Summary
People of the Virgin Islands vs. Valmon Glasford Jr.
2022/04/19
ST-20-CR-205
Mackay, Kathleen Y.
2022 VI Super 42P
View Summary
Joseph Gerace and Victoria Vooys d/b/a Cane Bay Beach Bar vs. Warren Mosler, Chris Hanley, and Chrismos Cane Bay, ILC
2022/04/22
SX-05-CV-368
Willocks, Harold W. L.
2022 VI Super 45P
View Summary
Joseph Gerace and Victoria Vooys d/b/a Cane Bay Beach Bar vs. Warren Mosler, Chris Hanley, and Chrismos Cane Bay, LLC
2022/04/22
SX-05-CV-368
Willocks, Harold W. L.
2022 VI Super 45P
View Summary
People of the Virgin Islands vs. Quanza J. Heath
2022/06/07
SX-17-CR-23
Willocks, Harold W. L.
2022 VI Super 55P
View Summary
Maura Herman vs. Virgin Islands Government Hospital and Health Facilities Corporation d/b/a Governor Juan F. Luis Hospital and Medical Center, Walter J. Pedersen, M.D. John Does, and Jane Does
2022/06/21
SX-2012-CV-471
Willocks, Harold W. L.
2022 VI Super 58P
View Summary
People of the Virgin Islands vs. Hubert Lee, Jr. and Youan Rodriguez
2022/06/21
SX-17-CR-210 and SX-2017-CR-145
Willocks, Harold W. L.
2022 VI Super 60P & 61P
View Summary
Thelma Battiste and Charles Haynes vs. Auction.Com, Ditech Financial LLC a/k/a Greentree Servicing, and Federal National Mortgage Association
2022/07/11
SX-19-CV-228
Willocks, Harold W. L.
2022 VI Super 65P
View Summary
Deborah Smith on her own and as Personal Representative of the Estate of Greg E. Smith vs. Virgin Islands Government Hospital and Health Facilities Corporation on behalf of the Governor Juan F. Luis Hospital and Medical Center, Dr. Casey 2022/07/13
SX-21-CV-654
Willocks, Harold W. L.
2022 VI Super 66P
View Summary
Joseph Gerace and Victoria Vooys d/b/a Cane Bay Beach Bar vs. Warren Mosler, Chris Hanley, and Chrismos Cane Bay, LLC
2022/04/26
SX-2005-CV-368
Willocks, Harold W. L.
2022 VI Super 46P
View Summary
Dutch West Indies Trading Company, Inc. d/b/a Bandwith VI Company; Hurrican Communications, LLLP; Palo Duro Communications, Inc.; Neutron Communications, LLC; and Storm Communications, LLC, vs. Ralph Addington, SWP Holding LLC; Arcom Communication, LLC; SBA Towers USVI; Hunter Logan; and Nichols, Newman, Logan & D'eramo
2022/07/26
SX-05-CV-661
Willocks, Harold W. L.
2022 VI Super 69P
View Summary
People of the Virgin Islands vs. Tyley Smith a.k.a Tyler Smith
2022/08/19
SX-22-CR-43
Willocks, Harold W. L.
2022 VI Super 72P
View Summary
People of the Virgin Islands vs. Charles Vanterpool III
2022/08/19
SX-22-CR-103
Willocks, Harold W. L.
2022 VI Super 73P
View Summary
Rodney Stanley vs. VI Bureau of Corrections and Wynnie Testamark
2022/09/08
ST-16-MC-75
Willocks, Harold W. L.
2022 VI Super 77P
View Summary
Joseph Gerace, Victoria Vooys, d/b/a Cane Bay Beach Bar vs. Maria Bentley; David Bentley; CB3, Inc.; Warren Mosler; Chris Hanley; and Chrismos Cane Bay, LLC
2022/09/12
SX-05-CV-368
Willocks, Harold W. L.
2022 VI Super 78P
View Summary
People of the Virgin Islands vs. Tyley Smith aka Tyler Smith
2022/09/19
SX-22-CR-43
Willocks, Harold W. L.
2022 VI Super 72P
View Summary
People of the Virgin Islands vs. Timothy Perez
2022/09/19
SX-22-CR-128
Willocks, Harold W. L.
2022 VI Super 81
View Summary
Kendall Motoo aka Kendall Matoo vs. Lhuis Rivera-Melendez aka Luis Rivera-Melendez and VI Enterprises Inc. d/b/a Avis Rent A Car 1800/01/01
SX-2022-CV-199
Willocks, Harold W. L.
2022 VI Super 91P
View Summary
People of the Virgin Islands vs. Jimmy Davis
2022/11/29
Sx-20-CR-98
Brady, Douglas A.
2022 VI Super 95
View Summary
Ancilla Veronica Gittens as Personal Representative of the Estate of Leopold Gittens vs. Jacqueline P. Butler as Executrix of the Estate of Frank Bishop, M.D.
2022/12/29
SX-05-CV-566
Brady, Douglas A.
2022 VI Super 100P
View Summary
Thomas Klotzbach vs. Virgin Islands Water and Power Authority
2021/06/14
ST-13-CV-445
Mackay, Kathleen Y.
2021 VI Super 64P
View Summary
Kirk Rondon vs. Caribbean Leasing and ECO Transportation, Inc., D/B/A Drive Green, VI, Deft, Inc. D/B/A Dollar Car Rental, and Justin Workman
2021/07/08
ST-19-CV-302
Tejo, Sigrid M.
2021 VI Super 72P
View Summary
Francis B. Serieux vs. Schneider Clinic and St. Thomas East End Medical Center Corporation
2021/07/22
ST-19-CV-591
Tejo, Sigrid M.
2021 VI Super 76P
View Summary
Lakeview Loan Servicing, LLC vs. Krishna R. Singh, Itzamar Singh, and Aurora Loan Services
2021/07/28
SX-16-CV-541
Willocks, Harold W. L.
2021 VI Super 79P
View Summary
Worldwide Travel Staffing, LTD vs. Governor Juan F. Luis Hospital and Medical Center and VI Gov't Hospital and Health Facilities, Corp.
2021/10/04
SX-14-CV-9
Willocks, Harold W. L.
2021 VI Super 97P
View Summary
Hotel on the Cay Time-Sharing Association, Inc. vs. Government of the Virgin Islands
2021/10/07
SX-12-CV-13
Brady, Douglas A.
2021 VI Super 102
View Summary
Jahzeel Fenton vs. Government of the VI Office of the VI Attorney General Wynnie Testamark, Director of the US Virgin Islands Bureau of Corrections
2021/10/15
SX-19-MC-78/SX-10-CR-347
Meade, Jomo
2021 VI Super 101P
View Summary
Terrence Nelson vs. Centerline Car Rentals, Inc. and Jonathan Scully
2021/10/29
SX-20-CV-273
Willocks, Harold W. L.
2021 VI Super 109P
View Summary
Michael Clark vs. The Virgin Islands Housing Authority (VIHA)
2021/11/15
ST-17-CV-423
Tejo, Sigrid M.
2021 VI Super 111P
View Summary
Michael Clark vs. The Virgin Islands Housing Authority (VIHA)
2021/12/23
ST-17-CV-423
Tejo, Sigrid M.
2021 VI Super 123P
View Summary
Patrick Kralik vs. Osage St. Croix Holdings, LLC. and Christiansted Restoration Corp.
2021/01/13
SX-19-CV-61
Willocks, Harold W. L.
2021 VI Super 1P
View Summary
Jerome B. Cipriani and Lawrence W. Cipriani vs. Roben Cipriani
2021/01/13
SX-17-CV-81
Willocks, Harold W. L.
2021 VI Super 4P
View Summary
Norman Agness vs. Furniture Plus
2021/10/13
ST-20-SM-122
Carr, III,, Henry V.
2021 VI Super 104P
View Summary
Michael Kitnurse vs. Marshall and Sterling and Certain Under Writers at Lloyds of London 2021/01/28
SX-14-CV-361
Willocks, Harold W. L.
2021 VI Super 8P
View Summary
Michael Felix vs. Caribbean Auto Mart of St. Croix, Inc. and Linus Lancane 2021/01/28
SX-08-CV-86
Willocks, Harold W. L.
2021 VI Super 9P
View Summary
Regine Fitzner vs. New Werner Holding Co. Inc., New Werner Holding (DE), LLC. Werner Co., Gallows Bay Hardware, Inc., and Orgill, Inc.
2021/02/08
SX-09-CV-400
Willocks, Harold W. L.
2021 VI Super 6P
View Summary
Shawn V. Smith vs. Hovensa, LLC.
2021/01/28
SX-20-CV-229
Willocks, Harold W. L.
2021 VI Super 10P
View Summary Alfred Greenaway vs. Virgin Islands Water & Power Authority, Industrial Automation, Inc.
1800/01/01
SX-01-CV-588
Brady, Douglas A.
2021 VI Super 54P
View Summary
Joseph Mathurin vs. Hess Oil Virgin Islands Corporation, Amerada Hess Corporation, and SPX Corporation, as Successor-In-Interest to Litwin Corporation
2021/11/02
SX-06-CV-627
Willocks, Harold W. L.
2021 VI Super 110P
View Summary
United Steelworkers, Locals 8248 & 8249 vs. Gov't of the VI Division of Personnel, & Public Employees Relations Board
2021/02/02
ST-13-CV-668
Gumbs-Carty, Renee
2021 VI Super 12P
View Summary
Jamal M. Abed and Jalal M. Abed vs. Anuar Mufid Abed, Akram Mufid Abed, and Sion Farm Service Station
2021/09/30
SX-18-CV-529
Willocks, Harold W. L.
2021 VI Super 98P
View Summary
Oriental Bank vs. Nehemiah Frey and Tara N. Lee a/k/a Tara Lee
2021/09/07
SX-19-CV-309
Willocks, Harold W. L.
2021 VI Super 93P
View Summary
Peter Ghirawoo vs. Faye Joh-Baptisti, Peppertree Hill Landowners Association, Inc., Leatrice Garcia, and Johnny and Oreta Hughes
2021/04/14
SX-19-CV-555
Willocks, Harold W. L.
2021 VI Super 43P
View Summary
Christoph Keith Massac vs. Government of the Virgin Islands, Office of the Lieutenant Governor
2021/04/19
ST-20-CV-278
Francois, Denise M.
2021 VI Super 45P
View Summary
High Times VI Enterprises, LLC vs. Hafiz Ahmad Rahhal and d/b/a Delma Auto Sales & Wholesale
2021/04/14
SX-20-CV-921
Willocks, Harold W. L.
2021 VI Super 42P
View Summary
Madeline A. Bassil
2021/08/16
ST-2021-CV-148
Tejo, Sigrid M.
2021 VI Super 88P
View Summary
People of the Virgin Islands vs. Micaiah Cozier
2022/05/17
ST-21-CR-380
Gumbs-Carty, Renee
2022 VI Super 53U
View Summary
Melisia Hanley as Chair VI State Nurse' Association collective Bargaining Unit & Jacqueline Canton as Chair Registered Nurses' Leadership Union, Inc.
2021/10/05
SX-21-CV-644
Willocks, Harold W. L.
2021 VI Super 100P
View Summary
In Re: Asbestos, Silica and Catalyst Dust Claims II
2021/02/16
SX-2021-MC-50
Andrews, Jr. Alphonso G.
2021 VI Super 113P
View Summary
In Re: Asbestos, Silica and Catalyst Dust Claims I
2021/02/16
SX-21-MC-58
Andrews, Jr. Alphonso G.
2021 VI Super 114P
View Summary
In Re: Asbestos, Silica and Catalyst Dust Claims III
2021/02/16
SX-21-MC-56
Andrews, Jr. Alphonso G.
2021 VI Super 112P
View Summary
In Re: Cases Under Bankruptcy Stay Michael Felix vs. Caribbean Auto mart of St. Croix, Inc. and Linus Lancane
2021/04/22
SX08-CV-86
Willocks, Harold W. L.
2021 VI Super 41P
View Summary
Dona Aaron vs. Virgin Islands Government Hospital and Health Facilities Corporation
2021/03/08
SX-14-CV-423
Willocks, Harold W. L.
2021 VI Super 30P
View Summary
Marsha Jagrup vs. VI Board of Nurse Licensure
2021/03/05
SX-15-CV-548
Brady, Douglas A.
2021 VI Super 29P
View Summary
Luis Magras vs. National Industrial Services, LLC, Pinnacle Services, LLC, and Limetree Bay Terminals, L.L.C.
2021/06/24
SX-17-CV-435
Willocks, Harold W. L.
2021 VI Super 67P
View Summary
People of the Virgin Islands vs. Jamal Joseph
2021/02/24
SX-19-CR-11
Willocks, Harold W. L.
2021 VI Super 23P
View Summary
Guardian Insurance Company vs. Ramzy Abdallah
2021/02/19
SX-19-CV-110
Brady, Douglas A.
2021 VI Super 20P
View Summary
David Joseph and Debbiely Joseph vs. Amorite Connor and Elena Herbert
2021/02/18
SX-19-CV-525
Willocks, Harold W. L.
2021 VI Super 18P
View Summary
Peter Ghirawoo vs. Faye John-Baptiste, Peppertree Hill Landowners Association, Inc., Leatrice Garcia, and Johnny and Oreta Hughes
2021/02/24
SX-19-CV-555
Willocks, Harold W. L.
2021 VI Super 24P
View Summary
Raymond Berkeley vs.Michele Berkeley, Individually and as Trustee of the Trust Agreement of Barbara T. Berkeley
2021/02/24
SX-20-CV-121
Willocks, Harold W. L.
2021 VI Super 22P
View Summary
Rutha M. Brown and Frank Brown Jr. vs. Certain Underwriters at Lloyd's of London Subscribing to Policy No. HOCAT1730XC, Certain Underwriters at Lloyd's of London Subscribing to Policy No. HOCGX1156XC, and Marshall & Sterling St. Croix, Inc.
2021/06/07
SX-20-CV-771
Willocks, Harold W. L.
2021 VI Super 61P
View Summary
Hassan Abdallah vs. Hasan Abdel-Rahman, Malea Kiblan Rahman, Abdul Samad, Foad Samad, and Ayman Abdel-Samad
2021/07/22
ST-13-CV-227
Tejo, Sigrid M.
2021 VI Super 75P
View Summary
People of the Virgin Islands vs. Jestus Francis
2021/02/24
ST-20-CR-188
Francois, Denise M.
2021 VI Super 21P
View Summary
Phillip Tutein v. Fiat Chrysler Automobiles, US LLC
2020/07/07
SX-20-CV-38
Brady, Douglas A.
2020 VI Super 71
View Summary
FirstBank Puerto Rico vs. Thomas Alan Ainger
2021/05/12
SX-20-RV-04
Willocks, Harold W. L.
2020 VI Super 47P
View Summary
In the Matter of Dereck Lee Clive
2020/11/18
SX-19-CV-593
Willocks, Harold W. L.
2020 VI Super 94P
View Summary
Magens Interval Resort, Inc., d/b/a Magens Bay Villas Club vs. William K. Hart and Andrea B. Hart
2020/10/06
ST-15-SM-431
Carr, III,, Henry V.
2020 VI Super 86P
View Summary
Jah-I-Dah Gumbs vs. Schneider Regional Medical Center, Maria C. Juelle, P.A., James W. Freeman, M.D., John Dow and Jane Doe
2020/10/19
ST-17-CV-272
Gumbs-Carty, Renee
2020 VI Super 87P
View Summary
Adaryll S. Gumbs vs. Wynnie Testamark, Director of Bureau of Corrections
2020/08/12
ST-20-MC-13
Willocks, Harold W. L.
2020 VI Super 67P
View Summary
Hess Oil Virgin Islands Corporation vs. Fluor Daniel, Individually and as successor-in-interest to Fluor Engineers and Constructors, Inc.
2020/04/08
SX-05-CV-165
Molly, Robert A.
2020 VI Super 50P
View Summary
Dr. Tylur Arvidson and Dr. Tygue Arvidson vs. Dr. Williams Buchar and V.I. Chiropractic, LLC
2020/03/28
ST-16-CV-410
Dunston, Michael C.
2020 VI Super 48P
View Summary
Jacqueline Santiago vs. United Corporation d/b/a Plaza Extra (West)
2020/12/28
SX-05-CV-739
Brady, Douglas A.
2020 VI Super 105P
View Summary
Patrick Kralik vs. Osage STX Holdings, LLC
2020/06/22
SX-19-CV-61
Willocks, Harold W. L.
2020 VI Super 69P
View Summary
Venessa Hendricks vs. Pinnacle Services, LLC; and Limtetree Bay Terminal, LLC
2020/03/16
SX-18-CV-199
Willocks, Harold W. L.
2020 VI Super 37P
View Summary
People of the Virgin Islands vs. Jerris T. Browne, Gregory Christian, and Syed Gilani
2020/03/13
SX-17-CR-174, SX-17-CR-175, SX-17-CR-189
Molly, Robert A.
2020 VI Super 41P
View Summary
Sixteen Plus Corporation vs. Manal Mohammad Yousef Counterclaimant
2020/03/16
SX-16-CV-65, SX16-CV-650, SX-17-CV-342
Molly, Robert A.
2020 VI Super 43P
View Summary
Michael Kitnurse vs. Marshall and Sterling; and Certain Underwriters at Lloyds of London Subscribing to Policy Number CPS200601660
2020/05/26
SX-14-CV-361
Willocks, Harold W. L.
2020 VI Super 60P
View Summary
Jerome Matthews vs. R&M General Contractors, Inc.; Hector Rosario; and Jacqueline Mercedes
2020/05/11
SX-13-CV-499
Willocks, Harold W. L.
2020 VI Super 33P
View Summary
People of the Virgin Islands vs. Jose Ventura
2020/06/03
SX-2012-CR-76
Donohue, Sr., Darryl Dean
2020 VI Super 63P
View Summary
Jacqueline Santiago vs. United Corporation d/b/a Plaza Extra (West)
2020/12/28
SX-05-CV-739
Brady, Douglas A.
2020 VI Super 105P
View Summary
Castillo, et al, vs. St. Croix Basic Services, Inc., Basic Industries, Inc., Hovensa, LLC, and Amerada Hess Corporation
2020/03/10
SX-09-CV-299
Molly, Robert A.
2020 VI Super 35P
View Summary
Carmelo Ayala vs. Lockheed Martin Corporation, individually and as successor-in-interest to Martin Marietta Corporation; Martin Marietta Aluminum, Inc., and Martin Marietta Aluminum Properties, Inc.; Martin Marietta Corporation individually and as successor-in-interest to Martin Marietta Aluminum, Inc.; and Martin Marietta Aluminum Properties, Inc.; Martin Marietta Aluminum, Inc.; Martin Marietta Aluminum Properties, Inc.; and General Engineering Corporation
2020/03/03
SX-08-CV-296
Molly, Robert A.
2020 VI Super 32P
View Summary
Stephanie Hodge vs. H. Duane Bobeck; Passport Holdings; Neptune Holdings; and Bobeck Real estate Company
2020/06/12
SX-08-CV-201
Willocks, Harold W. L.
2020 VI Super 68P
View Summary
John Barbell vs. Amerada Hess Corporation; Hess Oil Virgin Islands Corporation; Litwin Corporation; and Universal Oil Products also known as U.O.P.
2020/04/26
SX-06-CV-198
Molly, Robert A.
2020 VI Super 53P
View Summary
Leandre Aarndel vs. Hess Oil Virgin Islands Corporation; Amerada Hess Corporation; Litwin Corporation; Shell Oil Corporation; U.O.P. LLC; and American Cyanamid
2020/04/13
SX-05-CV-799
Molly, Robert A.
2020 VI Super 52P
View Summary
Althea Eddy, as Personal Representative of the Estate of Linton Eddy vs. Treasure Bay V.I., Corp., d/b/a Divi Carina Bay Casino, and Casino Control Commission
2020/08/19
SX-15-CV-49
Brady, Douglas A.
2020 VI Super 76U
View Summary
People of the Virgin Islands vs. Allan E. Stevens
2021/03/09
ST-19-CR-78
Mackay, Kathleen Y.
2021 VI Super 25P
View Summary
People of the Virgin Islands vs. Alain Rodriguez Rionda
2021/03/09
ST-19-CR-168
Mackay, Kathleen Y.
2021 VI Super 31P
View Summary
Elisa F. Bryan Lacatena vs. Michael Anthony Lacatena
2021/03/19
ST-19-DI-118
Watlington, Debra S.
2021 VI Super 36P
View Summary
Patrick Kralik v. Osage STX Holdings, LLC
2020/06/22
SX-19-CV-061
Willocks, Harold W. L.
2020 VI SUPER 069
View Summary
Nycole Thompson vs. Public Employees Relations Board and Virgin Islands Port Authority
2021/02/04
ST-18-CV-720
Gumbs-Carty, Renee
2021 VI Super 16P
View Summary
Highland Credit Opportunities CDO, Ltd.; Highland Credit Strategies Master Fund, L.P.; Highland Restoration Capital Partners Master vs. Stephen Evans-Freke
2021/03/17
ST-18-CV-314
Willocks, Harold W. L.
2021 VI Super 34P
View Summary
People of the Virgin Islands vs. Trevorne Lake
2022/09/26
ST-18-CR-37
Mackay, Kathleen
2022 VI Super 82P
View Summary
William Desmond and Tracy Desmond vs. Virgin Islands Water and Power Authority and Haugland Energy Group, LLC
2022/10/05
SX-2018-CV-48
Brady, Douglas A.
2022 VI Super 85P
View Summary
Tiffani Hervert on behalf of the minor Dellitta Mapp vs. Government of the Virgin Islands, Department of Education and Jocelyn Hendrickson
2021/02/19
SX-18-CV-179
Brady, Douglas A.
2021 VI Super 19P
View Summary
Owen Williams v. Groundwater and Environmental Services, Inc., and Christiansted Equipment, Inc., 2020/01/08
SX-18-CV-552
Brady, Douglas A.
2020 VI Super 001
View Summary
DiamondRock Hospitality Company vs. 2019/12/05
ST-18-CV-399
Gumbs-Carty, Renee 2020 VI Super 12
View Summary
A. Susan Miller v. V.I. Wheel Estate, LLC d/b/a Peppertree Terrace
2020/01/21
SX-18-CV-041
Brady, Douglas A.
2020 VI Super 014
View Summary
Cynthia I. Shuster and Michael J. Shuster v. Barracuda Charters, LLC and Captain Kenneth Klein
2020/01/22
ST-18-CV-009
Gumbs-Carty, Renee
2020 VI Super 16
View Summary
DiamondRock Hospitality Company v. Certain Underwriters at Lloyd's of London
2020/01/24
ST-18-CV-399
Gumbs-Carty, Renee
2020 VI Super 18
View Summary
Venessa Hendricks v. Pinnacle Services, LLC; and Limetree Bay Terminal, LLC.
2020/03/16
SX-18-CV-199
Willocks, Harold W.L.
2020 V.I. Super 037
View Summary
Reola Garcia Oliver, James Oliver and Frankie Oliver v. Terminix International Company, LLP
2020/04/26
SX-18-CV-229
Molloy, Robert A.
2020 VI Super 54
View Summary
Goverment of the Virgin Islands v. John K. Dema, P.C.,
2020/01/24
SX-17-CV-261
Molloy, Robert A.
2020 VI Super 19
View Summary
People of the Virgin Islands v. Jerris T. Browne, Gregory Christian and Syed Gilani
2020/02/14
SX-17-CR-174
Molloy, Robert A.
2020 VI Super 26
View Summary
Jah-I-Dah Gumbs v. Schneider Regional Medical Center, Maria C. Juelle, P.A.
2020/10/19
ST-17-CV-250
Gumbs-Carty, Renee
2020 VI Super 87
View Summary
Rodney Stanley v. Virgin Islands Bureau of Corrections, et al.,
2020/04/01
ST-16-MC-75
Molloy, Robert A.
2020 VI Super 47
View Summary
Teriano Douglas v. Transportation Services of St. John, Inc.,
2020/02/04
ST-16-CV-712
Gumbs-Carty, Renee
Cite as 2020 VI Super 22
View Summary
Dr. Tylur Arvidson and Dr. Tygue Arvidson vs. Dr. William Buchar and V.I. Chiropractic LLC
2020/03/10
ST-16-CV-410
Dunston, Michael C.
2020 VI SUPER 36
View Summary
Patricia Schrader-Cooke v. The Government of the Virgin Islands
2019/12/06
SX-16-CV-655
Brady, Douglas A.
2019 VI Super 167
View Summary
Sixteen Plus Corporation v. Manal Mohammad Yousef
2020/03/16
SX-16-CV-065
Molloy, Robert A.
2020 VI Super 43
View Summary
Lucy Laforce v. Estate of Gregory Laforce
2019/12/27
SX-15-CV-181
Willocks, Harold W.L.
2019 VI Super 171
View Summary
Transportation Services of St. John, Inc., Clifton A. Boynes Jr., vs. Loredon Boynes, Tonya Pickering, and Linked Resources LLC,
2019/12/30
ST-13-CV-544
Molloy, Robert A. 2019 VI Super 178
View Summary
Jerome Matthews v. R & M General Contractors Inc.,
2020/03/11
SX-13-CV-499
Willocks, Harold W.L.
2020 VI Super 033
View Summary
People of the Virgin Islands v. Jose Rivera
2020/06/03
SX-12-CR-65
Donahue, Sr., Darryl D.
2020 VI Super 64
View Summary
People of the Virgin Islands v. Jose Ventura
2020/06/03
SX-12-CR-76
Donohue, Sr., Darryl D.
2020 VI Super 63
View Summary
Eleanor Abraham; Phillp Abraham v. St. Croix Renaissance Group LLLP,
2020/02/03
SX-11-CV-550
Molloy, Robert A. 2020 VI Super 21
View Summary
Leonor Mercedes Palermo v. World Fresh Market, L.L.C. a/k/a Pueblo
2020/01/27
SX-08-CV-599
Molloy, Robert A. 2020 VI Super 20
View Summary
Stephanie Hodge v. H. Duane Bobeck
2020/06/12
SX-08-CV-201
Willocks, Harold W.L.
2020 V.I. Super 068P
View Summary
Certain Underwriters at Lloyd's of London v. Juan Garcia
2020/01/15
SX-07-CV-141
Molloy, Robert A.
2020 VI Super 8
View Summary
Beachside Associates, LLC vs. SBRMCOA, LLC, d/b/a Sapphire Beach Resort
2020/01/16
ST-06-CV-498
Mackay, Kathleen Y.
2020 VI Super 9
View Summary
Rhonda Jeremiah, As Personal Representative of Tamir Lake, Deceased vs. VI Department of Human Services, Lutheran Social Services of the Virgin Islands, Lutheran Services for Developmentally Disabled, Inc.
2023/06/15
SX-2022-CV-148
Willocks, Harold W. L.
2023 VI Super 34P
View Summary
Kenrick Maynard vs. Government of the Virgin Islands, Governor Albert Bryan is his official capacity, Ariel M. Smith, Attorney General, Bureau of Corrections Director Wynnie Testamark
2023/07/07
SX-2018-MC-66
Brady, Douglas A.
2023 VI Super 36P
View Summary
Jody Olson, Individually and on Behalf of all Others Similarly Situated vs. VI Water and Power Authority and Lawrence J. Kupfer and Government of the Virgin islands
2023/11/02
ST-2019-CV-602
Willocks, Harold W. L.
2023 VI Super 64P
View Summary
 

Superior Court of the Virgin Islands
Judicial Branch Administrative Office161B Crown BaySt. Thomas, VI 00802Phone: 340.774.2237 Fax: 340.774.2258
EServices
Efiling
Opinions
Rules
Media Services
Resources and Information
Administration
Supreme Court Clerk’s Office
Office of Bar Admissions
Office of Disciplinary Counsel
Superior Court Clerk’s Office
Office of the Virgin Islands Marshal
© Judiciary of the Virgin IslandsLoginWebsite by CivicLive Presence. © 2017 West Corporation. All rights reserved.